**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

GEORGE E. TOLEFREE                                                                                   PETITIONER
ADC #121114

V.                                             NO. 5:14CV00091 KGB/JTR

RAY HOBBS, Director,                                                                                RESPONDENT
Arkansas Department of Correction

## ORDER

Respondent has filed a Response arguing that Petitioner's 28 U.S.C. § 2254 habeas claims: (1) were waived by his guilty plea; (2) are not cognizable federal habeas claims; (3) are barred by the one-year statute of limitations; and (4) are procedurally defaulted due to Petitioner's failure to properly raise them in state court. Doc. #5. A Reply to the Response would be helpful to resolution of this action.

IT IS THEREFORE ORDERED THAT Petitioner is directed to file, **on or before May 14, 2014,** a Reply addressing the arguments for dismissal raised in the Response.

DATED THIS 14th DAY OF April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE