IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GEORGE E. TOLEFREE
ADC # 12114                                                                                                  PETITIONER

v.                                    Case No. 5:14-CV-0091 KGB

RAY HOBBS, Director, Arkansas
Department of Correction                                                                       RESPONDENT

## ORDER

The Court has received the Proposed Findings and Recommended Disposition from United States Magistrate Judge J. Thomas Ray (Dkt. No. 12) and the objections filed by Petitioner George E. Tolefree (Dkt. No. 13). After carefully reviewing the Proposed Findings and Recommendations and Mr. Tolefree's objections, as well as a *de novo* review of the record, the Court approves and adopts in their entirety the Proposed Findings and Recommended Disposition as this Court's findings in all respects. Therefore, the Court dismisses with prejudice Mr. Tolefree's petition for writ of *habeas corpus*. The Court denies a certificate of appealability because Mr. Tolefree has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c).

SO ORDERED this 12th day of May, 2015.

_____
Kristine G. Baker
United States District Judge