IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GEORGE E. TOLEFREE**
**ADC # 12114**                                                                                          **PETITIONER**

v.                                      Case No. 5:14-CV-0091 KGB

**RAY HOBBS, Director, Arkansas**
**Department of Correction**                                                               **RESPONDENT**

## JUDGMENT

In accordance with the Order entered in this case on this date, the Court dismisses with prejudice petitioner George E. Tolefree's petition for writ of *habeas corpus*. The Court will not issue a certificate of appealability because Mr. Tolefree has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c).

SO ORDERED this 12th day of May, 2015.

_____
Kristine G. Baker
United States District Judge